No. 603. PEOPLES TAXICAB CO. v. WICHITA, KANSAS, ET AL. Appeal from the Supreme Court of Kansas. Jurisdictional statement submitted January 5, 1935. Decided January 14, 1935. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Enterprise Irrigation District* v. *Canal Co.,* 243 U. S. 157, 165–166; *Hebert* v. *Louisiana,* 272 U. S. 312, 316–317; *American Railway Express* v. *Kentucky,* 273 U. S. 269, 272–273; *Secor* v. *Fulton,* 293 U. S. 517. *Mr. Thomas E. Elcock* for appellant. *Mr. H. W. Hart* for appellees.

No. 610. STEPHENS, ADMINISTRATRIX, ET AL. v. PENNSYLVANIA. Appeal from the Superior Court of Pennsylvania. Jurisdictional statement submitted January 5, 1935. Decided January 14, 1935. *Per Curiam:* The appeal herein is dismissed upon the ground that the jurisdictional statement fails to disclose any properly presented substantial federal question. Rule 12. *Rosen* v. *Fry,* 293 U. S. 526. Leave to proceed further herein *in forma pauperis* is denied. *Mr. Walter Thomas* for appellants. *Mr. Russell J. Brownback* for appellee.